# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    EVELIO RIVERA-RAMOS AKA:
EVELIO RIVERA, EVELIO RAMOS
MONALISA RIVERA AKA: MONA         CHAPTER 13
LISA
         Debtor(s)
CHARLES J. DEHART, III         CASE NO: 1-18-04011-HWV
CHAPTER 13 TRUSTEE
         Movant
vs.
EVELIO RIVERA-RAMOS AKA:
EVELIO RIVERA, EVELIO RAMOS
MONALISA RIVERA AKA: MONA
LISA
         Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on March 28, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on September 25, 2018.

2. A hearing was held and an Order was entered on January 16, 2019 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

         Respectfully submitted,

         s/  James K. Jones, Esq.
         Id:  39031
         Attorney for Trustee
         Charles J. DeHart, III
         Standing Chapter 13 Trustee
         Ste. A, 8125 Adams Drive
         Hummelstown, PA  17036
         Ph.  717-566-6097
         Fax. 717-566-8313
         eMail: jjones@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   EVELIO RIVERA-RAMOS
          AKA: EVELIO RIVERA, EVELIO
RAMOS
          MONALISA RIVERA          CHAPTER 13
          AKA: MONA LISA

               Debtor(s)
                              CASE NO: 1-18-04011-HWV

          CHARLES J. DEHART, III
          CHAPTER 13 TRUSTEE
               Movant

**<u>NOTICE</u>**

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

      Ronald Reagan Federal Bldg      Date:  May 1, 2019
      Bankruptcy Courtroom, 3rd Floor
      228 Walnut Street
      Harrisburg, PA 17101          Time:  09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

                               Charles J. DeHart, III, Trustee
                               8125 Adams Drive, Suite A
                               Hummelstown, PA   17036
                               Phone:  (717) 566-6097
                               Email:  dehartstaff@pamd13trustee.com

Dated:  March 28, 2019

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:   EVELIO RIVERA-RAMOS
          AKA: EVELIO RIVERA, EVELIO RAMOS
          MONALISA RIVERA AKA: MONA LISA

Debtor(s)

CHARLES J. DEHART, III                  CHAPTER 13
CHAPTER 13 TRUSTEE
Movant

EVELIO RIVERA-RAMOS
AKA: EVELIO RIVERA, EVELIO RAMOS      CASE NO: 1-18-04011-HWV
MONALISA RIVERA AKA: MONA LISA

Respondent(s)

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on March 28, 2019, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

PAUL MURPHY-AHLES ESQUIRE         Served electronically
DETHLEFS, PYKOSH & MURPHY
2132 MARKET STREET
CAMP HILL, PA  17011-

United States Trustee                   Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA  17101

EVELIO RIVERA-RAMOS            Served by 1st Class Mail
1865 CHURCH ROAD
YORK, PA  17408

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 28, 2019                 Respectfully,
                                      Vickie Williams
                                      for Charles J. DeHart, III, Trustee
                                      Suite A, 8125 Adams Dr.
                                        Hummelstown, PA  17036
                                        Phone:  (717) 566-6097
                                        eMail: dehartstaff@pamd13trustee.com

IN RE:   EVELIO RIVERA-RAMOS
AKA: EVELIO RIVERA, EVELIO
RAMOS
MONALISA RIVERA
AKA: MONA LISA               CHAPTER 13
             Debtor(s)
CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
             Movant
EVELIO RIVERA-RAMOS        CASE NO: 1-18-04011-HWV
AKA: EVELIO RIVERA, EVELIO
RAMOS
MONALISA RIVERA
AKA: MONA LISA

             Respondent(s)


## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.