UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: EVELIO RIVERA-RAMOS and : CHAPTER 13
MONALISA RIVERA :
   Debtor(s) :
    :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
    :
vs. :
    :
EVELIO RIVERA-RAMOS and :
MONALISA RIVERA :
   Respondent(s) : CASE NO.  1-18-bk-04011


### TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this  25th  day of April, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.  Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.

2.  Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7.   More specifically, debtor's have excess non-exempt equity in the following:

    a.  Residential real estate.   (Submitted CMA for 818 Fireside Road, provides no fair market value.)

3.  Trustee avers that debtor(s)' plan is not feasible and cannot be administered due to the lack of the following:

    a.  Paystub for month ending April, 2019.   (Monalisa Rivera)

4.  The Trustee provides notice to the Court as to the ineffectiveness of debtor(s) Chapter 13 Plan for the following reasons:

    a.  Clarification of debtor(s) counsel fees which are in conflict with 2016(b) Statement.   (2016(b) indicates $405.00 paid pre-petition; plan indicates $340.00.)

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

    a. Deny confirmation of debtor(s) plan.
    b. Dismiss or convert debtor(s) case.
    c. Provide such other relief as is equitable and just.

Respectfully submitted:

Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:      /s/James K. Jones
               Attorney for Trustee

## CERTIFICATE OF SERVICE

AND NOW, this 25th day of April, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Paul Murphy-Ahles, Esquire
2132 Market Street
Camp Hill, PA 17011

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee