```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04011-HWV
Evelio Rivera-Ramos                                             Chapter 13
Monalisa Rivera
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: AutoDocke          Page 1 of 1            Date Rcvd: Apr 03, 2020
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2020.
         +EVELIO RIVERA-RAMOS,    818 FIRESIDE ROAD,    YORK, PA 17404-2332

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
          ##+MONALISA RIVERA,    818 FIRESIDE ROAD,    YORK, PA 17404-2332
                                                                           TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    Global Lending Services, LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, et al.
               pamb@fedphe.com
              Mario John Hanyon    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
               pamb@fedphe.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 1 Evelio  Rivera-Ramos pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Paul Donald Murphy-Ahles    on behalf of Debtor 2 Monalisa  Rivera pmurphy@dplglaw.com,
               kgreene@dplglaw.com
              Thomas  Song    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al.
               pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| EVELIO RIVERA-RAMOS | : | BK. No. 1:18-bk-04011-HWV |
| A/K/A EVELIO RAMOS | : | |
| A/K/A EVELIO RIVERA | : | Chapter No. 13 |
| MONALISA RIVERA | : | |
| A/K/A MONA LISA | : | |
|     Debtors | : | |
| | : | |
| DEUTSCHE BANK NATIONAL TRUST | : | 11 U.S.C. §362 |
| COMPANY, AS TRUSTEE FOR NOVASTAR | : | |
| MORTGAGE FUNDING TRUST, SERIES 2007- | : | |
| 1 NOVASTAR HOME EQUITY LOAN ASSET- | : | |
| BACKED CERTIFICATES, SERIES 2007-1 | | |
|     Movant | | |
| v. | | |
| EVELIO RIVERA-RAMOS | | |
| A/K/A EVELIO RAMOS | | |
| A/K/A EVELIO RIVERA | | |
| MONALISA RIVERA | | |
| A/K/A MONA LISA | | |
|     Respondents | | |

ORDER

Upon consideration of the Stipulation by and between Phelan Hallinan Diamond & Jones, LLP counsel for the Movant, **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-1 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1,** and Paul Donald Murphy-Ahles, Esquire, counsel for the Debtor, settling the Motion for Relief from the Automatic Stay is hereby APPROVED. A further Order of the Court shall be necessary to lift the Automatic Stay.

Dated: April 3, 2020

By the Court,

*Henry W. Van Eck* (LS)
Henry W. Van Eck, Chief Bankruptcy Judge