In re:                           Case No. 18-04011-HWV

Evelio Rivera-Ramos              Chapter 13

Monalisa Rivera

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: AutoDocke           Page 1 of 2

Date Rcvd: Jan 13, 2021       Form ID: pdf010          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##           Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2021:**

**Recip ID**          **Recipient Name and Address**
                  +   EVELIO RIVERA-RAMOS, 818 FIRESIDE ROAD, YORK, PA 17404-2332

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason**   **Name and Address**
                 ##+           MONALISA RIVERA, 818 FIRESIDE ROAD, YORK, PA 17404-2332

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2021                          Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2021 at the address(es) listed below:

**Name**                       **Email Address**

Andrew L Spivack

                           on behalf of Creditor HSBC Bank USA National Association, et.al. PHH MORTGAGE CORPORATION
                           andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Charles J DeHart, III (Trustee)

                           TWecf@pamd13trustee.com

James Warmbrodt

| | |
|---|---|
| | on behalf of Creditor Global Lending Services  LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. pamb@fedphe.com |
| Mario J. Hanyon | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. mario.hanyon@brockandscott.com, wbecf@brockandscott.com |
| Mario John Hanyon | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. pamb@fedphe.com |
| Mario John Hanyon | |
| | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, et al. pamb@fedphe.com |
| Paul Donald Murphy-Ahles | |
| | on behalf of Debtor 1 Evelio Rivera-Ramos pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | |
| | on behalf of Debtor 2 Monalisa Rivera pmurphy@dplglaw.com  kgreene@dplglaw.com |
| Robert Joseph Davidow | |
| | on behalf of Creditor HSBC BANK USA  NATIONAL ASSOCIATION, AS TRUSTEE FOR ET.AL r.davidow@mgplaw.com |
| Thomas Song | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. pamb@fedphe.com |
| United States Trustee | |
| | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (HARRISBURG)

| | |
|---|---|
| IN RE:<br>EVELIO RIVERA-RAMOS AKA EVELIO RAMOS AKA EVELIO RIVERA<br>MONALISA RIVERA AKA MONA LISA<br>Debtors | BK. No. 1:18-bk-04011-HWV<br><br>Chapter No. 13 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-1 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1<br>Movant<br>v.<br>EVELIO RIVERA-RAMOS AKA EVELIO RAMOS AKA EVELIO RIVERA<br>MONALISA RIVERA AKA MONA LISA | 11 U.S.C. §362 |

Respondents

## ORDER MODIFYING SECTION §362 AUTOMATIC STAY

Upon consideration of the Movant of **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-1 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1** (Movant), and after Notice of Default and the filing of a Certification of Default, it is:

**ORDERED AND DECREED**: that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further:

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 818 FIRESIDE ROAD, YORK, PA 17404-2332 (hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further:

**ORDERED** that Rule 4001(a)(3) is not applicable and **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2007-1 NOVASTAR HOME EQUITY LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-1** may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further;
**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors and assignees.

Dated: January 13, 2021

By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (CD)