United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                                       Case No. 18-04011-HWV
Evelio Rivera-Ramos                                        Chapter 13
Monalisa Rivera
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                            User: AutoDocke                                  Page 1 of 2
Date Rcvd: Mar 14, 2022                   Form ID: pdf010                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

**Recip ID**           **Recipient Name and Address**
                    +   Hanover Prest-Paving Company, Attn: Payroll Administrator, 5000 Hanover Road, Hanover, PA 17331-9077

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022                            Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

**Name**                           **Email Address**

Andrew L Spivack
                           on behalf of Creditor HSBC Bank USA  National Association, et.al. PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Jack N Zaharopoulos (Trustee)
                           TWecf@pamd13trustee.com

James Warmbrodt
                           on behalf of Creditor Global Lending Services  LLC bkgroup@kmllawgroup.com

Jerome B Blank
                           on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. pamb@fedphe.com

Mario J. Hanyon
                           on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Option One Mortgage Loan Trust 2007-HL1, Asset-B wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, et al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Monalisa Rivera pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Evelio Rivera-Ramos pmurphy@dplglaw.com kgreene@dplglaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| Robert Joseph Davidow | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ET.AL r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Evelio Rivera-Ramos<br>a/k/a Evelio Ramos<br>a/k/a Evelio Rivera<br>Monalisa Rivera<br>a/k/a Mona Lisa    **Debtor(s)** | **Chapter** 13<br><br>**Case No.** 1L18-BK-04011-HWV<br><br>**Matter:** Motion for Wage Attachment Order |

## ORDER

UPON CONSIDERATION of the above-referenced Debtor(s) having filed a Plan under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute,

IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1, Evelio Rivera-Ramos, receives income from:

>Hanover Prest-Paving Company
>Attn: Payroll Administrator
>5000 Hanover Road
>Hanover, PA 17331

Should deduct from said Debtor 1's income the sum of **$433.85** from each **bi-weekly** paycheck, or such other sums as Debtor 1 may from time to time direct, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which Debtor 1 receives a periodic or lump sum payment as a result of vacation, termination, or any benefits payable to Debtor 1, and to remit the deductible sums to:

>Jack N. Zaharopoulos, Esquire
>Standing Chapter 13 Trustee
>PO Box 6008
>Memphis, TN 38101-6008

IT IS FURTHER ORDERED that the entity from whom Debtor 1 receives income shall notify the Trustee if Debtor 1's income is terminated and the reason therefore.

IT IS FURTHER ORDERED that all remaining income of Debtor 1 except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to said Debtor 1 in accordance with usual payment procedure.

IT IS FURTHER ORDERED that the employer will place the Bankruptcy Case Number and the name of the Debtor(s) on all checks being forwarded to the Trustee to ensure proper accounting of the funds.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: March 14, 2022