| UNITED STATES BANKRUPTCY COURT<br>Middle District of Pennsylvania (Harrisburg) || NOTICE OF CHANGE OF ADDRESS |
|---|---|---|
| Name of Debtor(s):<br><br>Evelio Rivera-Ramos<br>Monalisa Rivera | Case Number:<br><br>1:2018-bk-04011 | |
| Name of Creditor:<br>   HSBC Bank USA, National Association, et.al. || |
| Name of Current Servicer of account:<br>   PHH Mortgage Services || **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>PHH Mortgage Corporation<br>ATTN Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 855-689-7367<br><br>Prior notice address:<br><br>   1 Mortgage Way<br>   Mount Laurel, NJ 08054 || **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>PHH Mortgage Services<br>PO Box 24781<br>ATTN: SV 19<br>West Palm Beach, FL 33416<br><br>   Telephone Number: 800-750-2518 || **X** Check this box if you are changing the address that payments will go to. |
| 1.   **Account Number: 3159** || _ Check this box if the account number has changed. |
| 2.   **Court Claim Number: 12** |||
| 3.   **Signature:**<br><br> **Check the appropriate box.**<br>      I am the creditor.<br>   X  I am the creditor's authorized agent.  (Attach copy of power of attorney, if any.)<br>      I am the trustee, or the debtor.<br>      I am a guarantor, surety, endorser, or other codebtor.<br><br>   By:   /s/ John Shelley                         Date: 02/18/2023<br>         Authorized Filing Agent for PHH Mortgage Services |||

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  CASE NO.: 18-04011

**Evelio Rivera-Ramos**  CHAPTER: 13

**Monalisa Rivera**

      **Debtor(s).**

_____ /

CERTIFICATE OF SERVICE

I hereby certify that on or before February 21, 2023, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**SERVICE LIST**

*Debtor:*  *By U.S. Postal Service First Class Mail Postage Prepaid:*

Evelio Rivera-Ramos
1865 Church Road
York, PA 17408


*By U.S. Postal Service First Class Mail Postage Prepaid:*

Monalisa Rivera
1865 Church Road
York, PA 17408


*Debtor's Attorney:*  *By CM / ECF Filing:*

Paul Donald Murphy-Ahles
Dethlefs Pykosh & Murphy
2132 Market Street
Camp Hill, PA 17011


*Trustee:*  *By CM / ECF Filing:*

*Trustee:*                 Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

/s/ John Shelley
InfoEx, LLC
(as authorized agent for PHH Mortgage Services)