United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-04011-HWV
Evelio Rivera-Ramos  Chapter 13
Monalisa Rivera
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 4
Date Rcvd: Aug 31, 2023  Form ID: ordsmiss  Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Evelio Rivera-Ramos, Monalisa Rivera, 1865 Church Road, York, PA 17408-1507 |
| 5111367 | + | Awesome Autos & Trucks, 4330 West Market Street, York, PA 17408-5938 |
| 5111369 | + | CASHNET USA, c/o Williamson and Brown, LLC, 4691 Clifton Parkway, Hamburg, NY 14075-3201 |
| 5130353 | ++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157 address filed with court:, COLUMBIA GAS OF PENNSYLVANIA, P.O. BOX 117, COLUMBUS , OH 43216 |
| 5121505 | + | FIRST NATIONAL BANK OF PENNSYLVANIA, C/O AAS DEBT RECOVERY INC, 2526 MONROEVILLE BLVD SUITE 205, MONROEVILLE , PA 15146-2371 |
| 5111375 | + | Global Lending Service, 5 Concourse Parkway NE, Atlanta, GA 30328-7104 |
| 5111376 | ++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999 address filed with court:, Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5111377 | + | Keystone Collections Services, 220 North Duke Street, Lancaster, PA 17602-2710 |
| 5111381 | + | MS Hershey Medical Center, Attn: Patient Financial Services, PO Box 853, Hershey, PA 17033-0853 |
| 5441383 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5131380 | | Met Ed, FirstEnergy, 101 Crawford's Corner Rd, Bldg No. 1 Ste 1-511, Holmdel, NJ 07733 |
| 5111384 | + | Ocwen Loan Servicing, 12650 Ingenuity Drive, Orlando, FL 32826-2703 |
| 5111385 | + | Phelan Hallinan Diamond & Jones, One Penn Center Plaza, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 5125906 | + | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5111389 | + | Seitz Oral & Maxillofacial Surgery, 924 Colonial Avenue, Suite H, York, PA 17403-3450 |
| 5111391 | | Urden Law Offices, PC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |
| 5111392 | + | Vantage Sourcing, 4930 West State Highway 52 #1, Dothan, AL 36305-9102 |
| 5111394 | | WellSpan Health, PO Box 742641, Cincinnati, OH 45274-2641 |
| 5111395 | + | West Manchester Township, 380 East Berlin Road, York, PA 17408-8700 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: LCIPHHMRGT | Aug 31 2023 22:35:00 | HSBC Bank USA, National Association, as Trustee fo, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| cr | + | EDI: LCIPHHMRGT | Aug 31 2023 22:35:00 | PHH MORTGAGE CORPORATION, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 5111364 | + | Email/Text: melindaf@aasdebtrecoveryinc.com | Aug 31 2023 18:30:00 | AAS Debt Recovery, PO Box 129, Monroeville, PA 15146-0129 |
| 5111366 | + | EDI: AMSHER.COM | Aug 31 2023 22:35:00 | AmSher Collection Services, 4524 Southlake Parkway, Suite 15, Hoover, AL 35244-3271 |
| 5111365 | + | EDI: AIS.COM | Aug 31 2023 22:35:00 | American InfoSource, LP, 4515 North Santa Fe Avenu, Oklahoma City, OK 73118-7901 |
| 5111370 | + | Email/Text: esther@cbhv.com | Aug 31 2023 18:36:00 | CBHV, 155 North Plank Road, PO Box 831, Newburgh, NY 12551-0831 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5111368 | | EDI: CAPITALONE.COM | Aug 31 2023 22:35:00 | Capital One Bank USA, NA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5111372 | + | EDI: CCS.COM | Aug 31 2023 22:35:00 | Credit Collection Services, 725 Canton Street, PO Box 607, Norwood, MA 02062-0607 |
| 5134461 | | EDI: LCIPHHMRGT | Aug 31 2023 22:35:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, et.al., OCWEN LOAN SERVICING, LLC, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 5111373 | + | Email/Text: bknotice@ercbpo.com | Aug 31 2023 18:36:00 | Enhanced Recovery Company, LLC, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 5111374 | + | EDI: AMINFOFP.COM | Aug 31 2023 22:35:00 | First Premier Bank, 3820 North Louise Avenue, Sioux Falls, SD 57107-0145 |
| 5130707 | | Email/Text: bankruptcy@glsllc.com | Aug 31 2023 18:30:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 5133354 | + | EDI: LCIPHHMRGT | Aug 31 2023 22:35:00 | HSBC BANK USA, NATIONAL ASSOCIATION ET. AL., PHH Mortgage Corporation, ATTN: BANKRUPTCY DEPARTMENT, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 5111376 | | EDI: JEFFERSONCAP.COM | Aug 31 2023 22:35:00 | Jefferson Capital Systems, LLC, 16 Mcleland Road, PO Box 7999, Saint Cloud, MN 56302-9617 |
| 5111378 | ^ | MEBN | Aug 31 2023 18:30:36 | KML Law Group, PC, BNY Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5134912 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2023 18:39:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5111379 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 31 2023 18:39:06 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 5111380 | | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 31 2023 18:30:00 | Met-Ed, PO Box 3687, Akron, OH 44309-3687 |
| 5127900 | + | EDI: CBS7AVE | Aug 31 2023 22:35:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5111382 | | Email/Text: NPSBankruptcies@ngic.com | Aug 31 2023 18:30:00 | National General Insurance, PO Box 89431, Cleveland, OH 44101 |
| 5111383 | + | Email/Text: Bankruptcies@nragroup.com | Aug 31 2023 18:36:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5220745 | | Email/Text: blegal@phfa.org | Aug 31 2023 18:36:00 | PHFA/HEMAP, 211 NORTH FRONT ST, PO BOX 8029, HARRISBURG, PA 17105 |
| 5441384 | + | EDI: LCIPHHMRGT | Aug 31 2023 22:35:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, Attention: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 5111386 | | EDI: PRA.COM | Aug 31 2023 22:35:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 5112453 | + | EDI: RECOVERYCORP.COM | Aug 31 2023 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5125906 | + | EDI: JEFFERSONCAP.COM | Aug 31 2023 22:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5122094 | | Email/Text: clientrelations@optiosolutions.com | Aug 31 2023 18:30:00 | CrossCheck, Inc., 1440 North McDowell Blvd., CrossCheck, Inc., 1440 North McDowell Bl, Petaluma, CA 94954 |
| 5111387 | | Email/Text: clientrelations@optiosolutions.com | Aug 31 2023 18:30:00 | Qualia Collection Services, PO Box 5069, Petaluma, CA 94955 |
| 5111388 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

| | | | |
|---|---|---|---|
| | | Aug 31 2023 18:39:16 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5111390 | EDI: CBS7AVE | Aug 31 2023 22:35:00 | Seventh Avenue / Montgomery Ward, 1112 7th Avenue, PO Box2845, Monroe, WI 53566-8045 |
| 5116427 | EDI: AIS.COM | Aug 31 2023 22:35:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 5134066 | EDI: AIS.COM | Aug 31 2023 22:35:00 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5111393 | EDI: VERIZONCOMB.COM | Aug 31 2023 22:35:00 | Verizon Wireless, PO Box 25505, Lehigh Valley, PA 18002-5505 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5111371 | *P++ | COLUMBIA GAS, 290 W NATIONWIDE BLVD 5TH FL, BANKRUPTCY DEPARTMENT, COLUMBUS OH 43215-4157, address filed with court:, Columbia Gas of PA, PO Box 742537, Cincinnati, OH 45274-2537 |
| 5223241 | *+ | HSBC Bank USA, National Association, et.al., PHH MORTGAGE CORPORATION, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 02, 2023         Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor HSBC Bank USA National Association, et.al. PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Brian C Nicholas | on behalf of Creditor Global Lending Services LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com |
| Jerome B Blank | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pamb@fedphe.com |
| Mario J. Hanyon | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, et al. wbecf@brockandscott.com, |

| | |
| --- | --- |
| Mario J. Hanyon | mario.hanyon@brockandscott.com |
| | on behalf of Creditor HSBC Bank USA National Association, as Trustee for Option One Mortgage Loan Trust 2007-HL1, Asset-B wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, et al. pamb@fedphe.com, mario.hanyon@brockandscott.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Evelio Rivera-Ramos pmurphy@dplglaw.com kgreene@dplglaw.com |
| Paul Donald Murphy-Ahles | on behalf of Debtor 2 Monalisa Rivera pmurphy@dplglaw.com kgreene@dplglaw.com |
| Robert Joseph Davidow | on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ET.AL r.davidow@mgplaw.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 15

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Evelio Rivera−Ramos,<br>aka Evelio Ramos, aka Evelio Rivera, | Chapter | 13 |
| **Debtor 1** | Case No. | 1:18−bk−04011−HWV |
| Monalisa Rivera,<br>aka Mona Lisa, | | |
| **Debtor 2** | | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

Dated: August 31, 2023

ordsmiss (05/18)