United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04011-HWV |
| Evelio Rivera-Ramos | Chapter 13 |
| Monalisa Rivera | |
| Debtors | |

## CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 2
Date Rcvd: Sep 01, 2023  Form ID: pdf010  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2023:**

**Recip ID     Recipient Name and Address**
+ Hanover Prest-Paving Company, Attn: Payroll Department, 5000 Hanover Road, Hanover, PA 17331-9077

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2023 at the address(es) listed below:

**Name**     **Email Address**

Andrew L Spivack
on behalf of Creditor HSBC Bank USA  National Association, et.al. PHH MORTGAGE CORPORATION andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Brian C Nicholas
on behalf of Creditor Global Lending Services  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor Global Lending Services  LLC bkgroup@kmllawgroup.com

Jerome B Blank
on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY  et.al. pamb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, et al. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario J. Hanyon
    on behalf of Creditor HSBC Bank USA National Association, as Trustee for Option One Mortgage Loan Trust 2007-HL1, Asset-B wbecf@brockandscott.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. pamb@fedphe.com, mario.hanyon@brockandscott.com

Mario John Hanyon
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, et al. pamb@fedphe.com, mario.hanyon@brockandscott.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 2 Monalisa Rivera pmurphy@dplglaw.com kgreene@dplglaw.com

Paul Donald Murphy-Ahles
    on behalf of Debtor 1 Evelio Rivera-Ramos pmurphy@dplglaw.com kgreene@dplglaw.com

Robert Joseph Davidow
    on behalf of Creditor HSBC BANK USA NATIONAL ASSOCIATION, AS TRUSTEE FOR ET.AL r.davidow@mgplaw.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY et.al. tomysong0@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 15

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade:

| | |
|---|---|
| Evelio Rivera-Ramos<br>a/k/a Evelio Ramos<br>a/k/a Evelio Rivera<br>**Debtor 1**<br>Monalisa Rivera<br>a/k/a Mona Lisa<br>**Debtor 2** | **Chapter** 13<br><br>**Case No.** 1:18-BK-04011-HWV<br><br>**Matter:** Motion for Termination of Wage Attachment Order |

## ORDER OF COURT

UPON CONSIDERATION of the above-referenced Debtor(s)' Motion for Termination of Wage Attachment Order, IT IS HEREBY ORDERED that until further Order of this Court, the entity from whom Debtor 1 receives income should immediately cease the wage attachment in the amount of **$433.85** from each **bi-weekly** paycheck.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 1, 2023